IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROSELIO VENANCIO, individually and on behalf of other employees similarly situated, Plaintiff<br>v.<br><br>YOUNG HOSPITALITY STAFFING, INC. AND ROGER YOUNG, individually, Defendants. | Case No 15-cv-3417<br><br>Judge Feinerman |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above entitled action, by their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action shall be dismissed with prejudice and without cost to either party.

Wednesday, June 10, 2015

Respectfully submitted,

| | |
|---|---|
| s/ David E. Stevens<br>Consumer Law Group, LLC<br>6232 N. Pulaski, Suite 200<br>Chicago, IL 60646<br>(312) 307-0766 | s/ Timothy Robert Herman<br>Clark Hill PLC<br>150 N. Michigan Avenue, Suite 2700<br>Chicago, IL 60601<br>(312) 985-5950 |